**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re.                                                                                  No. C 15-3896 SI (pr)

BILLY LYN DAVIS,                                                           **ORDER OF DISMISSAL**

        Plaintiff.

_____/

      Plaintiff sent to the court a letter complaining about prison conditions at the California Health Care Facility in Stockton.  In an effort to protect his rights, a new action was opened and the letter was filed on August 26, 2015.  Plaintiff was informed that he had not filed a complaint, and was given 28 days to do so or the action would be dismissed.  He also was sent a notice that he had not paid the filing fee or applied for leave to proceed *in forma pauperis*, and was given 28 days to either pay the fee or file the application or the action would be dismissed.  Plaintiff did not file a complaint or file an *in forma pauperis* application or pay the fee; instead he filed a motion to dismiss in which he indicated he had not intended to file a civil action.  Docket # 5.  Plaintiff's motion to dismiss is GRANTED Docket # 5.  This action therefore is DISMISSED without prejudice because it was opened in error.  No filing fee is due.  The clerk shall close the file.

      IT IS SO ORDERED.

Dated: September 18, 2015                                              _____
                                                                     SUSAN ILLSTON
                                                                     United States District Judge