**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re.                                                                 No. C 15-3896 SI (pr)

BILLY LYN DAVIS,                                         **JUDGMENT**

        Plaintiff.
_____/

This action is dismissed without prejudice because it was opened in error.

IT IS SO ORDERED AND ADJUDGED.

Dated: September 18, 2015                          _____
                                                         SUSAN ILLSTON
                                                   United States District Judge